### ELLIOTT v. COGGSWELL.

No. 6035—Opinion Filed September 12, 1916.
(159 Pac. 1119.)

#### Appeal and Error—Supersedeas Bond—Sureties on—Liability.

Where the supersedeas bond is filed, and on appeal to this court the judgment of the lower court is affirmed, on motion of appellee judgment will be entered in this court against the sureties on the appeal bond.

(Syllabus by Mathews, C.)

Error from County Court, Tulsa County; ·Conn Linn, Judge.

Action by L. S. Coggswell against W. E. Elliott. There was a judgment for plaintiff, and defendant brings error. The judgment was affirmed, plaintiff moves for judgment against the sureties on the supersedeas bond. Motion sustained.

See, also, 56 Okla. 243, 155 Pac. 1146.

Schaeffer & Kerrigan, for plaintiff in error.

Randolph, Haver & Shirk, for defendant in ·error.

Opinion by MATHEWS, C. On September, ·4, 1913, defendant in error recovered a judgment in the county court of Tulsa county against plaintiff in error in the sum of $140, with interest and costs. Plaintiff in error perfected his appeal from said judgment to

this court, and on the 27th day of October, 1913, supersedeas bond in the sum of $300, signed by Thomas J. Walsh and A. Campbell as sureties, was filed in said county court and duly approved. On March 7, 1916, the judgment of the trial court was, in all things affirmed by this court. Defendant in error now asks for judgment against said sureties, which is allowed.

Judgment is therefore entered in this court against the said Thomas J. Walsh and A. Campbell, sureties on said supersedeas bond, in the sum of $140, with interest thereon at the rate of 10 per cent. per annum (being the rate said judgment bears) from the 4th day of September, 1913, and for costs, for which execution may issue.

By the Court: It is so ordered.